# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: PETITION FOR PERMISSION TO : No. 196 MM 2014
EMPANEL SECOND INDICTING GRAND :
JURY :
:
:
:
:
PETITION OF: HON. JAMES P. :
MACELREE, II PRESIDENT JUDGE OF :
CHESTER COUNTY :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition to Empanel Second Indicting Grand Jury is **GRANTED**.